# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

SPACE COAST CREDIT UNION, as
successor in interest to EASTERN
FINANCIAL FLORIDA CREDIT UNTION;

Plaintiff and Relator,

11-civ-2802 (LLS)

— vs. —

BARCLAYS CAPITAL INC.; BARCLAYS
BANK PLC; STATE STREET GLOBAL
ADVISORS; STATE STREET BANK AND
TRUST COMPANY, and STATE STREET
CORPORATION,

**MOTION TO ADMIT COUNSEL
PRO HAC VICE**

Defendants.

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern District of New York, I, David J. Przygoda, a member in good standing of the bar

of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

Robert G. Jones
ROPES & GRAY LLP
800 Boylston St.
Prudential Tower
Boston, MA 02199
(617) 951-7564
(617) 235-0453 fax

Mr. Jones is a member in good standing of the Bar of the Commonwealth of

Massachusetts. There are no pending disciplinary proceedings against Mr. Jones in any State or

Federal court.

Dated: June 15, 2011
New York, New York

Respectfully submitted,

David J. Przygoda
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 841-0496
Fax: (646) 728-1597
David.Przygoda@ropesgray.com

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-sixth** day of **December** A.D. **1995** , said Court being the highest Court of Record in said Commonwealth:

### Robert G. Jones

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **tenth** day of **June** in the year of our Lord **two thousand and eleven.**

**MAURA S. DOYLE, Clerk**

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

| | |
|---|---|
| SPACE COAST CREDIT UNION, as successor in interest to EASTERN FINANCIAL FLORIDA CREDIT UNTION; <br><br> Plaintiff, <br><br> — vs. — <br><br> BARCLAYS CAPITAL INC.; BARCLAYS BANK  PLC; STATE STREET GLOBAL ADVISORS; STATE STREET BANK AND TRUST COMPANY, and STATE STREET CORPORATION, <br><br> Defendants. | 11-civ-2802 (LLS) <br><br><br> **AFFIDAVIT OF DAVID PRZYGODA IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

| | | |
|---|---|---|
| State of New York | ) | |
| | ) | ss: |
| County of New York | ) | |

David J. Przygoda, being duly sworn, hereby deposes and says as follows:

1.      I am an associate at Ropes & Gray LLP, counsel for Defendants State Street Global Advisors, State Street Bank and Trust Company and State Street Corporation in the above captioned action.  I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Robert G. Jones as counsel pro hac vice to represent Defendants in this matter.

2.      I am a member in good standing of the bars of the Commonwealth of Massachusetts and State of New York.  I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3.      I have known Robert G. Jones since 2006.

4.      Mr. Jones is a partner at Ropes & Gray LLP, in Boston, Massachusetts.

5.      I have found Mr. Jones to be a skilled attorney and a person of integrity.  He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6.      Accordingly, I am pleased to move the admission of Robert G. Jones pro hac vice.

7.      I respectfully submit a proposed order granting the admission of Robert G. Jones pro hac vice, such proposed order attached hereto as Exhibit A.


WHEREFORE it is respectfully requested that the motion to admit Robert G. Jones pro hac vice to represents Defendants  in the above caption matter, be granted.


Dated: June 15, 2011
        New York, New York

                                            Respectfully submitted,

                                            David J. Przygoda
                                            ROPES & GRAY LLP
                                            1211 Avenue of the Americas
                                            New York, NY 10036
                                            Telephone:  (212) 841-0496
                                            Fax:  (646) 728-1597
                                            David.Przygoda@ropesgray.com

CATHERINE M. FALLON
Notary Public, State of New York
No. 01FA6072780
Qualified in Queens County
Commission Expires April 15, 2014

Sworn to and subscribed before me
this 15th day of June, 2011.


Catherine M. Fallon
        Notary Public

- 2 -

SPACE COAST CREDIT UNION, as
successor in interest to EASTERN
FINANCIAL FLORIDA CREDIT UNTION;

　　　　　　　　Plaintiff,

11-civ-2802 (LLS)

– vs. –

BARCLAYS CAPITAL INC.; BARCLAYS
BANK  PLC; STATE STREET GLOBAL
ADVISORS; STATE STREET BANK AND
TRUST COMPANY, and STATE STREET
CORPORATION,

　　　　　　　　Defendants.

**ORDER FOR ADMISSION PRO
HAC VICE ON WRITTEN
MOTION**

Upon the motion of Attorney David Przygoda, Ropes & Gray LLP, and said sponsor attorney's

affidavit in support, IT IS HEREBY ORDERED, that

> Robert G. Jones
> Ropes & Gray LLP
> 800 Boylston Street
> Boston, MA 02199
> (617) 951-7564
> (617) 235-0453 fax
> robert.jones@ropesgray.com

is admitted to practice pro hac vice as counsel for Defendants State Street Global Advisors, State Street

Bank and Trust Company and State Street Corporation in the above captioned action. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: June ___, 2011
      New York, NY

                              _____
                              United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2011, I caused the foregoing *Motion for Admission Pro Hac Vice* to be served via FedEx upon all counsel of record.

Megan Everman