USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-18-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SPACE COAST CREDIT UNION, as successor in interest to EASTERN FINANCIAL FLORIDA CREDIT UNION,

    Plaintiff,

-vs.-

BARCLAYS CAPITAL, INC., BARCLAYS BANK PLC, STATE STREET GLOBAL ADVISORS, STATE STREET BANK AND TRUST COMPANY, and STATE STREET CORPORATION,

    Defendants.

---

Case No.: 11 Civ. 2802 (LLS)

**ECF CASE**

**ORDER FOR ADMISSION PRO HAC VICE**

---

The motion of Beverly Tse Mirza, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of California; and that her contact information is as follows:

> Beverly Tse Mirza
> Kirby McInerney LLP
> 825 Third Avenue, 16th Floor
> New York, New York 10022
> Telephone: (212) 371-6600
> Facsimile: (212) 751-2540
> bmirza@kmllp.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Space Coast Credit Union in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: 4/18/12

United States District / ~~Magistrate~~ Judge